The Honorable Marsha Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

       Plaintiff,

     vs.

TONY L. TABUBA,
KEITH LAMONT SIMS,
YVETTE RANEA BAILEY,
DOLLY ANN COOPER,
MARK CARILLO,
**ERIC McGOWAN**, and
CRYSTAL STAUDT,

       Defendants.

Cause No.  CR05-0182P

ORDER CONTINUING MOTIONS
DEADLINE AND TRIAL DATE

The Court, having reviewed the records and files herein and considered the Motion to Continue by Defendant McGowan, makes the following findings and enters the following order:

1.     Additional time is necessary for the Government and defendants to complete plea negotiations or prepare for trial.

2.     The ends of justice outweigh the best interest of the public and the Defendants in a speedy trial**.**

Ord Cont Mots Deadline and Trial Date  - 1

C:\DOCUME~1\ESCOLL~1\LOCALS~1\Temp\notes
C7A056\~8476411.doc

*Gilbert H. Levy*
Attorney at Law
200 Market Place Two
2001 Western Avenue
Seattle, Washington  98121
(206) 443-0670  Fax: (206) 448-2252

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

IT IS HEREBY ORDERED that the trial date for Defendants Erick McGowan, Tony Tabuba, Keith Sims, Yvette Bailey, Dolly Cooper, Mark Carillo, and Crystal Staudt is continued from September 6, 2005, to September 13, 2005, with a motions deadline of July 28, 2005.

IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section 3161(h), the period of time from the current trial date to the new trial date, for all Defendants, is excluded in the computation of time under the Speedy Trial Act as this is a reasonable period of delay.

IT IS FURTHER ORDERED that counsel for all Defendants file a speedy trial waiver through September 13, 2005, if they have not already done so.

DONE this 12th day of July, 2005.

/S/Marsha J. Pechman
Marsha J. Pechman
U.S. District Judge

Presented by:

/S/  Gilbert H. Levy_____
Gilbert H. Levy, WSBA #4805
Attorney for Defendant Eric McGowan

Ord Cont Mots Deadline and Trial Date  - 2

C:\DOCUME~1\ESCOLL~1\LOCALS~1\Temp\notes
C7A056\~8476411.doc

*Gilbert H. Levy*
Attorney at Law
200 Market Place Two
2001 Western Avenue
Seattle, Washington  98121
(206) 443-0670  Fax: (206) 448-2252

1

CERTIFICATE OF SERVICE

2

I certify that on July 14, 2005, I caused to be electronically filed the forgoing document with

3

the Clerk of Court using the CM/ECF system which will send notification of such filing to the

4

attorney(s) of record.

5

6

/S/ Gilbert H. Levy_____
Gilbert H. Levy  WSBA# 4805
Attorney for Defendant Eric McGowan

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Ord Cont Mots Deadline and Trial Date  - 3

C:\DOCUME~1\ESCOLL~1\LOCALS~1\Temp\notes
C7A056\~8476411.doc

*Gilbert H. Levy*
Attorney at Law
200 Market Place Two
2001 Western Avenue
Seattle, Washington  98121
(206) 443-0670  Fax: (206) 448-2252